## ATTACHMENT A: STATEMENT OF FACTS – ERNESTO CACANINDIN

*The parties stipulate that had this case gone to trial, the government would have proven the following facts beyond a reasonable doubt. The parties further stipulate that these facts do not encompass all of the facts which would have been proven at trial.*

On May 12, 2010, the FBI Washington Field Division received notification from a law firm in the District of Columbia, that photographs containing child pornography were found in the workspace of a terminated employee, the Defendant ERNESTO CACANINDIN. Employees had discovered an envelope containing twenty Polaroid photographs while cleaning out CACANINDIN's desk following his dismissal. Nine of those Polaroid photographs depicted closeup views of a female child's genitalia, to include depictions of her vagina and anus. Five of the photographs depicted an adult male, recognizable as CACANINDIN, performing oral sex on the young female. The child's face is visible in two of the photographs and the photographs depict her wearing two different sets of clothing. The female child depicted in the photographs has been identified as a girl over whom CACANINDIN exercised supervisory authority, and who was born November 9, 1990.

CACANINDIN admitted that he performed and photographed the sexual acts at his home in Oxon Hill, Maryland, five or six years ago. The lot number of the Polaroid photographs indicates that the film on which the photographs were exposed were manufactured in the Netherlands in March, 2003, and would have traveled in foreign commerce before being used in Maryland. Based on the film's manufacturing date and CACANINDIN's admission, the victim had attained at least the age of 12 at the time the photographs were taken but not yet reached the age of 16.

I have read this statement of facts, and have carefully reviewed it with my attorney. I acknowledge that it is true and correct.

_7/27/10_  
Date

_Ernesto Cacanindin_ (signature)  
Ernesto Cacanindin

I am Ernesto Cacanindin's attorney. I have carefully reviewed the statement of facts with him.

_7/27/10_  
Date

_Louis Martucci_ (signature)  
Louis Martucci, Esq.